UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SANTIAGO COLIN-MOLINA,

           Petitioner,

  v.

NATALIE ASHER, et al.,

           Respondents.

Case No. C15-666-RSL

**ORDER**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, and Court finds and Orders as follows:

    1.    The Court adopts the Report and Recommendation.

    2.    The parties are ordered to file a joint status report on or before **August 7, 2015**, addressing the result of Mr. Colin-Molina's 180-day custody review by ICE and whether a bond hearing has occurred or been scheduled.

    3.    Respondents' motion to dismiss, Dkt. 9, is **DENIED** without prejudice to being renewed at a later date.

    4.    Petitioner's motion for preliminary injunction, Dkt. 2, is **DENIED**.

ORDER- 1

5.	The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 20th day of July, 2015.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER- 2