UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SANTIAGO COLIN-MOLINA,

                Petitioner,

    v.

NATALIE ASHER, et al.,

                Respondents.

Case No. C15-666-RSL-BAT

**REPORT AND RECOMMENDATON**

        At the time petitioner initiated this habeas action pursuant to 28 U.S.C. § 2241, he was held in immigration detention at the Northwest Detention Center in Tacoma, Washington.  He has since been released.  *See* Dkt. 16.  Accordingly, the parties, through counsel, have filed a stipulated motion to dismiss, agreeing that this action is moot.  *Id.*  The Court thus recommends that the parties joint stipulation, Dkt. 16, be GRANTED, petitioner's habeas petition be DENIED as moot, and this action be DISMISSED without prejudice.  A proposed order accompanies this Report and Recommendation.  The Clerk is directed to note this matter as immediately ready for the District Judge's consideration.

        DATED this 5th day of October, 2015.

                                            BRIAN A. TSUCHIDA
                                            United States Magistrate Judge

REPORT AND RECOMMENDATON- 1