UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SANTIAGO COLIN-MOLINA,

                Petitioner,

    v.

NATALIE ASHER, et al.,

                Respondents.

Case No. C15-666-RSL

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, and Court finds and Orders as follows:

    1.    The Court adopts the Report and Recommendation.

    2.    The parties' stipulated motion for order of dismissal, Dkt. 16, is **GRANTED**.

    3.    Petitioner's habeas petition is **DENIED** as moot, and this action is **DISMISSED** without prejudice.

    4.    The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 8th day of October, 2015.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL- 1